No. 201. BUCKSTAFF BATH HOUSE CO. *v.* McKINLEY, COMMISSIONER, ET AL. October 9, 1939. The appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat.

936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is granted. *Mr. Terrell Marshall* for petitioner. *Mr. W. L. Pope* for respondents.